MICHAEL GIENTY, Respondent, *v.* KNIGHTS OF COLUMBUS, Appellant.

*Gienty* v. *Knights of Columbus*, 146 App. Div. 497, affirmed.
(Argued April 12, 1912; decided April 30, 1912.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered November 2, 1911, affirming a judgment in favor

37

of plaintiff entered upon a verdict in an action to recover on a certificate of life insurance.

*William P. Gregg* and *John W. Lyon* for appellant.

*John Bright* and *Thomas Watts* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J.; GRAY, WERNER, HISCOCK, CHASE and COLLIN, JJ.   Absent: WILLARD BARTLETT, J.